| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **John A Lasko Jr** | Social Security number or ITIN   **xxx–xx–8079** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Nichole T Lasko** | Social Security number or ITIN   **xxx–xx–9328** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter  **7   5/28/21** |
| Case number:   **21–21291–JAD** | | |

## Official Form 309B (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | John A Lasko Jr | | Nichole T Lasko |
| 2. | **All other names used in the last 8 years** | aka Johnny Lasko | | fka Nichole T. Miller, fka Nichole T. Bachism |
| 3. | **Address** | 402 Bluff Street<br>Belle Vernon, PA 15012 | | 402 Bluff Street<br>Belle Vernon, PA 15012 |
| 4. | **Debtor's attorney**<br>Name and address | Candice J. Raymond<br>Law Office of Candice J Raymond<br>PO Box 226<br>Mount Pleasant, PA 15666 | | Contact phone 724–613–1802<br><br>Email: craymondlaw@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Robert H. Slone, Trustee<br>223 South Maple Avenue<br>Greensburg, PA 15601 | | Contact phone 724–834–2990<br><br>Email: robertslone223@gmail.com |

**For more information, see page 2 >**

Debtor **John A Lasko Jr** and **Nichole T Lasko**                                    Case number **21–21291–JAD**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 6/7/21 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | July 12, 2021 at 09:00 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/10/21** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/6/21** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/24/21** |
| | **Deadlines for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 21-21291-JAD

John A Lasko, Jr                                                                                     Chapter 7

Nichole T Lasko

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: bsil                                     Page 1 of 3

Date Rcvd: Jun 07, 2021                       Form ID: 309B                                 Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John A Lasko, Jr, Nichole T Lasko, 402 Bluff Street, Belle Vernon, PA 15012-1208 |
| tr | + | Robert H. Slone, Trustee, 223 South Maple Avenue, Greensburg, PA 15601-3232 |
| 15380905 | | Capital One Auto Finance, P.O.Box 1928, Tempe, AZ 85280-1928 |
| 15380912 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15380914 | | Monongahela Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 15380916 | + | Penn Credit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110-9307 |
| 15380918 | + | PennyMac Loan Services LLC, 6101 Condor Drive, Moorpark, CA 93021-2602 |
| 15380917 | + | Pennymac Loan Services, 6101 Condor Dr Ste 200, Moorpark, CA 93021-2602 |
| 15380920 | | Professional Account Management LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 15380922 | + | Synergetic Communication Inc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 15380925 | + | Western PA Behavioral Health Resources, 111 Roberts Road, Suite 150, Grindstone, PA 15442-2104 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: craymondlaw@gmail.com | Jun 08 2021 01:37:00 | Candice J. Raymond, Law Office of Candice J Raymond, PO Box 226, Mount Pleasant, PA 15666 |
| smg | EDI: PENNDEPTREV | Jun 08 2021 03:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 08 2021 01:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Jun 08 2021 03:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 08 2021 01:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + Email/Text: ustpregion03.pi.ecf@usdoj.gov | Jun 08 2021 01:38:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + EDI: AISACG.COM | Jun 08 2021 03:13:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15380904 | + EDI: GMACFS.COM | Jun 08 2021 03:13:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 15380906 | + EDI: CAPITALONE.COM | Jun 08 2021 03:13:00 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |

District/off: 0315-2 | User: bsil | Page 2 of 3
Date Rcvd: Jun 07, 2021 | Form ID: 309B | Total Noticed: 30

| | | | |
|---|---|---|---|
| 15380907 | + EDI: CHRM.COM | Jun 08 2021 03:13:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 15380908 | EDI: WFNNB.COM | Jun 08 2021 03:13:00 | Comenity Capital Bank, PO Box 183003, Columbus, OH 43218-3003 |
| 15380909 | + EDI: NAVIENTFKASMDOE.COM | Jun 08 2021 03:13:00 | Dept Of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 15382006 | EDI: DIRECTV.COM | Jun 08 2021 03:13:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15380910 | Email/Text: reports@halstedfinancial.com | Jun 08 2021 01:37:00 | Halsted Financial, PO Box 828, Skokie, IL 60076 |
| 15380911 | + EDI: IIC9.COM | Jun 08 2021 03:13:00 | I.C. System, Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 15380913 | + EDI: MID8.COM | Jun 08 2021 03:13:00 | Midland Funding, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 15380915 | + Email/Text: bankruptcynotices@psecu.com | Jun 08 2021 01:38:00 | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 15380919 | EDI: PRA.COM | Jun 08 2021 03:13:00 | Portfolio Recovery Associates, 150 Corporate Blvd, Norfolk, VA 23502 |
| 15380921 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2021 00:36:20 | Resurgent Capital Services, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15380923 | + EDI: USAA.COM | Jun 08 2021 03:13:00 | USAA Savings Bank, 10750 Mcdermott Frwy, San Antonio, TX 78288-1600 |
| 15380924 | EDI: USAA.COM | Jun 08 2021 03:13:00 | USAA Savings Bank, PO Box 47504, San Antonio, TX 78265 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 09, 2021          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Candice J. Raymond | on behalf of Debtor John A Lasko  Jr craymondlaw@gmail.com, craymond.beacon@gmail.com |
| Candice J. Raymond | on behalf of Joint Debtor Nichole T Lasko craymondlaw@gmail.com  craymond.beacon@gmail.com |

District/off: 0315-2                                    User: bsil                                    Page 3 of 3
Date Rcvd: Jun 07, 2021                           Form ID: 309B                            Total Noticed: 30

Office of the United States Trustee
                              ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee
                              robertslone223@gmail.com  rslone@pulsenet.com;pa07@ecfcbis.com

TOTAL: 4