Certificate Number: 14912-PAW-DE-035814310

Bankruptcy Case Number: 21-21291



14912-PAW-DE-035814310

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 6, 2021, at 6:25 o'clock PM EDT, Nichole Lasko completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  July 6, 2021                                  By:     /s/Jai Bhatt

                                                                                   Name:  Jai Bhatt

                                                                                   Title:   Counselor