**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: John A. Lasko Jr. aka Johnny Lasko<br>Nichole T. Lasko fka Nichole T. Miller fka Nichole T. Bachism<br>                     Debtor(s) | BK. NO. 21-21291 JAD |
| PENNYMAC LOAN SERVICES, LLC,<br>its successors and/or assigns<br>                     Movant<br>                     v.<br>John A. Lasko Jr. aka Johnny Lasko<br>Nichole T. Lasko fka Nichole T. Miller fka Nichole T. Bachism<br>                     Respondent(s)<br>                     and<br>Robert H. Slone Esq., Trustee<br>                     Additional Respondent | CHAPTER 7<br><br>Related to Doc. #18<br><br>**DEFAULT O/E JAD** |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

      AND NOW, this 9th day of September, 2021, at Pittsburgh, upon Motion of PENNYMAC LOAN SERVICES, LLC, it is

      **ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 102 Cross Street, Carmichaels, PA 15320 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_/s/ JAD_ sjk
United States Bankruptcy Judge
Jeffery A. Deller

FILED
9/9/21 7:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21291-JAD |
| John A Lasko, Jr | Chapter 7 |
| Nichole T Lasko | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 2 |
| Date Rcvd: Sep 09, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John A Lasko, Jr, Nichole T Lasko, 402 Bluff Street, Belle Vernon, PA 15012-1208 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Candice J. Raymond | on behalf of Debtor John A Lasko Jr craymondlaw@gmail.com, craymond.beacon@gmail.com |
| Candice J. Raymond | on behalf of Joint Debtor Nichole T Lasko craymondlaw@gmail.com  craymond.beacon@gmail.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com  rslone@pulsenet.com;pa07@ecfcbis.com |

District/off: 0315-2 User: bsil Page 2 of 2
Date Rcvd: Sep 09, 2021 Form ID: pdf900 Total Noticed: 1
TOTAL: 5