**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **John A Lasko Jr** | Social Security number or ITIN   xxx–xx–8079 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Nichole T Lasko** | Social Security number or ITIN   xxx–xx–9328 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **21–21291–JAD**

# Order of Discharge                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

John A Lasko Jr                                Nichole T Lasko
aka Johnny Lasko                               fka Nichole T. Miller, fka Nichole T. Bachism

9/29/21                                        **By the court:**   Jeffery A. Deller
                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21291-JAD |
| John A Lasko, Jr | Chapter 7 |
| Nichole T Lasko | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 29, 2021 | Form ID: 318 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John A Lasko, Jr, Nichole T Lasko, 402 Bluff Street, Belle Vernon, PA 15012-1208 |
| 15380905 | | Capital One Auto Finance, P.O.Box 1928, Tempe, AZ 85280-1928 |
| 15394048 | + | Intercoastal Financial, LLC, as agent for Cuzco Capital Investment, Management, LLC, c/o Intercoastal Financial, LLC as agent, 7954 Transit Rd. #144CU Williamsville NY 14221-4117 |
| 15380912 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15380914 | | Monongahela Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 15380916 | + | Penn Credit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110-9307 |
| 15380918 | + | PennyMac Loan Services LLC, 6101 Condor Drive, Moorpark, CA 93021-2602 |
| 15380917 | + | Pennymac Loan Services, 6101 Condor Dr Ste 200, Moorpark, CA 93021-2602 |
| 15380920 | | Professional Account Management LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 15380922 | + | Synergetic Communication Inc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 15380925 | + | Western PA Behavioral Health Resources, 111 Roberts Road, Suite 150, Grindstone, PA 15442-2104 |
| 15383775 | + | Wilmington Savings Fund Society, FSB, not in its, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 30 2021 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 30 2021 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 30 2021 03:58:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 30 2021 00:04:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Sep 30 2021 03:58:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Sep 30 2021 03:58:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15380904 | + | EDI: GMACFS.COM | Sep 30 2021 03:58:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 15383774 | + | EDI: CAPONEAUTO.COM | Sep 30 2021 03:58:00 | Capital One Auto Finance, a division of Capital On, PO Box 60511, City Of Industry, CA 91716-0511 |
| 15387570 | | EDI: CAPITALONE.COM | | |

Case 21-21291-JAD    Doc 25    Filed 10/01/21    Entered 10/02/21 00:28:33    Desc Imaged
                                Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 29, 2021 | Form ID: 318 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 30 2021 03:58:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15380906 | + | EDI: CAPITALONE.COM | Sep 30 2021 03:58:00 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15380907 | + | EDI: CHRM.COM | Sep 30 2021 03:58:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 15380908 | | EDI: WFNNB.COM | Sep 30 2021 03:58:00 | Comenity Capital Bank, PO Box 183003, Columbus, OH 43218-3003 |
| 15380909 | + | EDI: NAVIENTFKASMDOE.COM | Sep 30 2021 03:58:00 | Dept Of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 15382006 | | EDI: DIRECTV.COM | Sep 30 2021 03:58:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15380910 | | Email/Text: reports@halstedfinancial.com | Sep 30 2021 00:04:00 | Halsted Financial, PO Box 828, Skokie, IL 60076 |
| 15380911 | + | EDI: IIC9.COM | Sep 30 2021 03:58:00 | I.C. System, Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 15390621 | + | EDI: MID8.COM | Sep 30 2021 03:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15380913 | + | EDI: MID8.COM | Sep 30 2021 03:58:00 | Midland Funding, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 15380915 | + | Email/Text: bankruptcynotices@psecu.com | Sep 30 2021 00:04:00 | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 15380919 | | EDI: PRA.COM | Sep 30 2021 03:58:00 | Portfolio Recovery Associates, 150 Corporate Blvd, Norfolk, VA 23502 |
| 15400940 | | EDI: PRA.COM | Sep 30 2021 03:58:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15384710 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2021 00:12:17 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15380921 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2021 00:12:18 | Resurgent Capital Services, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15380923 | + | EDI: USAA.COM | Sep 30 2021 03:58:00 | USAA Savings Bank, 10750 Mcdermott Frwy, San Antonio, TX 78288-1600 |
| 15380924 | | EDI: USAA.COM | Sep 30 2021 03:58:00 | USAA Savings Bank, PO Box 47504, San Antonio, TX 78265 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0315-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 29, 2021 | Form ID: 318 | Total Noticed: 35

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2021                   Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2021 at the address(es) listed below:

**Name**                            **Email Address**

Candice J. Raymond
　　　on behalf of Debtor John A Lasko Jr craymondlaw@gmail.com, craymond.beacon@gmail.com

Candice J. Raymond
　　　on behalf of Joint Debtor Nichole T Lasko craymondlaw@gmail.com craymond.beacon@gmail.com

Maria Miksich
　　　on behalf of Creditor PENNYMAC LOAN SERVICES LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
　　　ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee
　　　robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com

TOTAL: 5