**Form 129**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**John A Lasko Jr**
**aka Johnny Lasko**
**Nichole T Lasko**
**fka Nichole T. Miller, fka Nichole T. Bachism**
   Debtor(s)

Bankruptcy Case No.: 21–21291–JAD

Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

   Robert H. Slone, Trustee is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: October 20, 2021

Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:

John A Lasko, Jr

Nichole T Lasko

    Debtors

Case No. 21-21291-JAD

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: 129 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

**Recip ID**      **Recipient Name and Address**
db/jdb      +   John A Lasko, Jr, Nichole T Lasko, 402 Bluff Street, Belle Vernon, PA 15012-1208

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Candice J. Raymond
     on behalf of Debtor John A Lasko  Jr craymondlaw@gmail.com, craymond.beacon@gmail.com

Candice J. Raymond
     on behalf of Joint Debtor Nichole T Lasko craymondlaw@gmail.com  craymond.beacon@gmail.com

Maria Miksich
     on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee
     robertslone223@gmail.com  rslone@pulsenet.com;pa07@ecfcbis.com

District/off: 0315-2                                    User: admin                                              Page 2 of 2
Date Rcvd: Oct 20, 2021                                Form ID: 129                                      Total Noticed: 1
TOTAL: 5